# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Dale Robin Miller
Louisiana State Penitentiary DOC No. 479248
Camp D, Eagle 3
Angola LA 70712


**REHEARING ACTION: March 30, 2016**


**Docket Number: 15   00895-KH**

**STATE OF LOUISIANA**
**VERSUS**
**DALE ROBIN MILLER**

**Writ Application from Lafayette Parish Case No. 92141**


**BEFORE JUDGES:**

   **Hon. Jimmie C. Peters**
   **Hon. James T. Genovese**
   **Hon. John E. Conery**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Dale Robin Miller** has this day been

   **DENIED.**


cc: Keith A. Stutes, Counsel for the Respondent